IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JAMES ASBERRY II,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BAY AREA RAPID TRANSIT DISTRICT,<br><br>　　　　Defendant.<br>_____/ | No. C-15-1190 MMC<br><br>**ORDER DIRECTING COUNSEL FOR PLAINTIFF TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE** |

　　　　On June 26, 2015, neither of plaintiff's counsel, specifically, John Burris and Adante D. Pointer, appeared as ordered at the regularly scheduled case management conference. (See Case Management Conference Order, filed April 28, 2015.)

　　　　Accordingly, each said attorney is hereby ORDERED TO SHOW CAUSE in writing, no later than July 10, 2015, why sanctions should not be imposed on him for his failure to appear at the case management conference.

　　　　**IT IS SO ORDERED.**

Dated: June 26, 2015

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge