IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT JAMES ASBERRY II,

        Plaintiff,

  v.

BAY AREA RAPID TRANSIT DISTRICT,

        Defendant.

        No. C-15-1190 MMC

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

By order filed June 26, 2015, the Court directed each of plaintiff's counsel of record to show cause why he should not be sanctioned for his failure to appear at the June 26, 2015 case management conference. Before the Court are separate responses from each counsel of record, each response having been filed July 10, 2015.[1]

Having read and considered the responses, the Court finds sanctions are unwarranted, and, accordingly, hereby DISCHARGES the order to show cause.

**IT IS SO ORDERED.**

Dated: July 16, 2015

                                            MAXINE M. CHESNEY
                                            United States District Judge

---

[1] Counsel failed to provide the Court with a chambers copy of the responses. Nonetheless, the Court has considered them. For future reference, counsel are reminded that, pursuant to Civil Local Rule 5-1(e)(7) and the Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically.