IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. ASBERRY II, | No. C 15-1190 MMC |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, | |
| Defendant. | |

The parties having advised the Court that they have agreed to a settlement of this cause, and the settlement having been placed on the record,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereof on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

**IT IS SO ORDERED.**

Dated: November 13, 2015

MAXINE M. CHESNEY
United States District Judge